UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:            Case Number: 13-30377 GMB

Debtor: Ryan J. & Shena D. Spiegel

| Check Number | Creditor | Amount |
|---|---|---|
| 1857968 | Flagstar Bank | 3735.58 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  September 10, 2014